# GILMAN & BEDIGIAN, L.L.C.

ATTORNEYS AT LAW
108 W. Timonium Road
Suite 203
Timonium, Maryland 21093
www.gblegalteam.com

410-560-4999   ◊   410-308-3116 fax

February 3, 2014

**VIA EFC**
The Honorable George Levi Russell, III
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD  20770

  Re: *Veronica Bniwa Nikoroken, et al. v. Bank of America, N.A., et al.*
    Case No. 1:14-cv-00010-GLR

Dear Judge Russell, III:

  The parties submit this letter to inform the Court that they have reached a settlement on all issues and are in the process of executing a settlement agreement.  As such, the parties respectfully request that the Court enter a settlement order pursuant to Local Rule 111 dismissing the case without prejudice to the right of a party to move for good cause to reopen the case within a time set by the Court if the settlement is not consummated.  The parties believe that they will be able to fully execute and implement the agreement within the next sixty (60) days.

  Please advise if you need anything further from the Parties to issue the Local Rule 111 Order.  Thank you for your assistance in this matter.

Very truly yours,

| /s/ | /s/ |
|---|---|
| Lauren M. Geisser (Bar No. -----) | Craig R. Haughton (Bar No. 28585) |
| **GILMAN & BEDIGIAN, L.L.C.** | **MCGUIREWOODS LLP** |
| 108 W. Timonium Road, Suite 203 | 7 Saint Paul Street, Suite 1000 |
| Timonium, Maryland 21093 | Baltimore, Maryland 21202 |
| (410) 560-4999 | (410) 659-4404 |
| (410) 380-3116 (Fax) | (410) 659-4472 (Fax) |
| lgeisser@cgilmanlaw.com | chaughton@mcguirewoods.com |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendant Bank of America, N.A.*** |